# UNITED STATES DISTRICT COURT
for the
District of Columbia

_____ Division

| | |
|---|---|
| Laurie Lynn Brown<br>Kim Denise Brown<br>(Former Members, Owners of Pettis Ag Aviation, LLC) | Case: 1:23-cv-02251 JURY DEMAND<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 7/26/2023<br>Description: Pro Se Gen. Civ. (F-DECK) |
| *Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| Federal Aviation Association (Evaluation & Audit Dept)<br>Brian Lundquist | RECEIVED<br>Mail Room<br>JUL 26 2023<br>Angela D. Caesar, Clerk of Court<br>U.S. District Court, District of Columbia |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Laurie Brown | Kim Bally |
|---|---|---|
| Street Address | 5802 South 14th St. | 5010 Pickett Rd. |
| City and County | St. Joseph | St. Joseph |
| State and Zip Code | Missouri  64504 | Missouri  64503 |
| Telephone Number | 816-294-4544 | 816-294-5733 |
| E-mail Address | llbrown0929@gmail.com | kimbally62@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Federal Aviation Administration |
| Job or Title *(if known)* | Evaluation and Audit Department |
| Street Address | 800 Independence SW |
| City and County | Washington |
| State and Zip Code | D.C. 20591 |
| Telephone Number | 202-267-0283 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Brian Lundquist |
| Job or Title *(if known)* | F.A.A. Inspector for the field office in Iowa |
| Street Address | 3301 SE Convenience Blvd. |
| City and County | Ankeny |
| State and Zip Code | Iowa  50021 |
| Telephone Number | 515-289-3840 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FTCA 28 U.S.C. 2671-2680 - Individuals who are injure or whose property is damaged by the wrongful or negligenct act of a federal employee acting within his or her official duties may file a claim with the government for reimbursement for that injury or damage.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Laurie Brown and Kim Bally , is a citizen of the State of *(name)* Missouri .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Brian Lundquist , is a citizen of the State of *(name)* Iowa . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$9,450,000.00 - This is a total amount formulated for Laurie Brown and Kim Bally. This amount was formula based on pure money loss as well as money fraudulently collected for a job being paid as an inspector for the F.A.A. The Plaintiff's have not requested amounts for mental damage due to discrimination, abuse or bullying at this time. We don't feel we could put a value on the loss of that or the many years of a debt free respectful, legacy family business. Please see Exhibit A and Exhibit B, which shows an individual breackdown.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see Exhibit C and Exhibit D for the list of negligence from Brian Lundquist and F.A.A. regarding the neglect in his job as an inspector for the F.A.A.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Laurie Brown and Kim Bally would pray and ask the court to see fit to order payment for any court cost, personal cost of each spent on fighting for their rights traveling to D.C. until a settlement has been reached. If we were to be advised by court to seek legal counsel due to the complexity of the torte claim we would ask for legals fees to be paid. Per the above statement we do not feel we could ever put a value of money on the mental damage and abuse of the loss of our business.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 21, 2023

Signature of Plaintiff: *Laurie Lynn Brown*   *Kim Denise Bally*

Printed Name of Plaintiff: Laurie Lynn Brown   Kim Denise Bally

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address